Dismissed and Memorandum Opinion filed July 26, 2007








Dismissed
and Memorandum Opinion filed July 26, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00878-CV

____________

 

DEBORAH ANN SAVAGE, Appellant/Cross-Appellee

 

V.

 

ZIMMER, INC.,
f/k/a ZIMMER AUSTIN, INC., f/k/a CENTERPULSE ORTHOPEDICS INC., f/k/a SULZER
ORTHOPEDICS INC., and ZIMMER CEP USA, INC., f/k/a CENTERPULSE USA, INC., f/k/a
SULZER MEDICA, U.S.A., INC., Appellees/Cross-Appellants

 



 

On Appeal from the
152nd District Court

Harris County,
Texas

Trial Court Cause
No. 2001-15174-A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 6, 2007.  On July 12, 2007, the parties
filed a joint motion to dismiss the appeal and cross-appeal because all issues
have been settled.  See Tex. R.
App. P. 42.1.  The motion is granted.

Accordingly,
the appeal and cross-appeal are ordered dismissed.

 








PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July
26, 2007.

Panel consists of Justices Yates, Edelman, and Seymore.